cause of action in the reply to the defendant's counterclaim, was in fact the stating of a new cause of action inconsistent with that stated in the complaint. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

In the Matter of the Application of LOWEN E. GINN for an Allowance of Counsel Fees Out of the Estate of FRANK GROSSBARD, Deceased, Respondent. In the Matter of the Accounting of NATHAN D. SHAPIRO and Others, as Executors and Trustees of Said Estate, Appellants.— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Order of the Surrogate's Court of Kings county granting allowance for legal services affirmed, with ten dollars costs and disbursements. While the allowance made seems to be somewhat large, still, considering the services rendered, and the fact that the learned surrogate fixed the amount at a sum which, to his mind, was a fair compensation for the work done, we hesitate to disturb his finding. Kelly, P. J., Manning, Young and Hagarty, JJ., concur.

SANTA ODDO, Administratrix, etc., of MARIANO ODDO, Deceased, Appellant, v. PATERSON BRIDGE COMPANY, Respondent.— Order denying plaintiff's motion for reargument of motion to set aside verdict and for a new trial affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

GEORGE OLSEN, Respondent, v. T. HOGAN & SONS, INC., and INTERNATIONAL MERCANTILE MARINE COMPANY, Appellants.— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young and Lazansky, JJ., concur.

THE PEOPLES TRUST COMPANY, JOSEPH F. BECKER and GEORGE H. SHEVLIN, as Executors, etc., of JAMES SHEVLIN, etc., Deceased, Respondents, v. MICHAEL A. CUNNEEN, Appellant. BROOKLYN EDISON COMPANY, INC., and THE BANK OF AMERICA, Defendants.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event. We are not satisfied that the evidence warrants the judgment appealed from, and the result is so serious to the appellant that, in our opinion and in furtherance of justice, a new trial should be had. Questions of fact arising upon the issue as to the alleged gift of the securities to be tried by a jury, pursuant to Civil Practice Act, section 430. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur. Settle order upon notice.

MAX PORTNOY, Respondent, v. YELLOW DRIVE-IT-YOURSELF SYSTEM, INC., Defendant, and ARTHUR UYTTERHAEGEN, Appellant.— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILMER CARLSON, Appellant.— Judgment of conviction of the County Court of Nassau county, and order denying new trial, unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR B. TYSON, Appellant.— Judgment of the Court of Special Sessions, convicting defendant of